UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-3048**

Case Title: **Lifestyle Communities, Ltd., et al.** vs. **City of Worthington, OH**

List all clients you represent in this appeal:

**City of Worthington, OH**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor                 (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thaddeus M. Boggs**    Signature: s/ **Thaddeus M. Boggs**

Firm Name: **Frost Brown Todd LLP**

Business Address: **10 W. Broad Street, Suite 2300**

City/State/Zip: **Columbus, OH  43215**

Telephone Number (Area Code): **614-464-1221**

Email Address: **tboggs@fbtlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |