No. 25-3048

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

LIFESTYLE COMMUNITIES, LTD. *et al.*,

*Plaintiffs-Appellants*,

v.

THE CITY OF WORTHINGTON, OHIO,

*Defendant-Appellee*,
_____

On appeal from the United States District Court for the
Southern District of Ohio, Case No. 2:22-cv-01775

---

**UNOPPOSED MOTION OF APPELLEE THE CITY
OF WORTHINGTON, OHIO FOR THIRTY DAY EXTENSION**

---

Defendant-Appellee the City of Worthington, Ohio (the "City"), by and through counsel, and pursuant to FRAP 26(b) and 6. Cir. R. 26(a)(1), respectfully moves this Honorable Court for a thirty (30) day extension to respond to the Brief of Appellants Lifestyle Communities, LTD and Worthington Campus, LLC ("Lifestyle"). This request is made for good cause and is unopposed by Lifestyle.

Lifestyle filed its Appellant Brief on April 29, 2025. Since that date, counsel for the City has sought to confer with various City officials and plan a time for

everyone to meet and discuss strategy. However, setbacks have occurred due to the health issues of more than one of the City's attorneys, two of which have recently undergone significant surgeries, have been recovering, and will continue to recover during the current period for briefing. Because of this, and of the challenges of coordinating multiple schedules, the City seeks an additional thirty days to prepare and file its Appellee Brief, which if granted, would set the new deadline for Monday, June 30, 2025. Counsel for Lifestyle has indicated that they do not oppose this thirty-day extension.

Therefore, for the above-stated reasons, and for good cause shown, the City of Worthington, Ohio respectfully requests that the Court grant its Motion and permit the City an additional thirty-days, or until June 30, 2025, to file its Appellee Brief.

Dated: May 14, 2025                    Respectfully submitted,

/s/ *Richard J. Silk, Jr.*
**PAUL J. SCHUMACHER (0014370)**
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Phone: 216.685.1827 / Fax: 888.811.7144
pschumacher@dmclaw.com

**RICHARD J. SILK, JR. (0074111)**
Dickie, McCamey & Chilcote, P.C.
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
Phone: 614.258.6000 / Fax: 888.811.7144
rsilk@dmclaw.com

2

> **YAZAN S. ASHRAWI (0089565)**
> **THADDEUS M. BOGGS (0089231)**
> Frost Brown Todd, LLC
> 10 W. Broad Street, Suite 2300
> Columbus, Ohio 43215
> Phone: 614.464.1221 / Fax: 614.464.1737
> Tboggs@fbtlaw.com
> yashrawi@fbtlaw.com
>
> *Attorneys for Defendant-Appellee*
> *City of Worthington, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed with the Clerk's Office of the United States Court of Appeals for the Sixth Circuit the foregoing Unopposed Motion of Defendant-Appellee the City of Worthington, Ohio for Thirty Day Extension and further certify that opposing counsel will be notified by the appellate CM/ECF system.

> /s/ *Richard J. Silk, JR.*
> **RICHARD J. SILK, JR. (0074111)**
> *Attorney for Appellee-Defendant*
> *City of Worthington, Ohio*