No. 25-3048

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

LIFESTYLE COMMUNITIES, LTD. *et al.*,

*Plaintiffs-Appellants*,

v.

THE CITY OF WORTHINGTON, OHIO,

*Defendant-Appellee*,

_____

On appeal from the United States District Court for the
Southern District of Ohio, Case No. 2:22-cv-01775

---

**UNOPPOSED MOTION OF APPELLEE THE CITY
OF WORTHINGTON, OHIO FOR TEN-DAY EXTENSION**

---

Defendant-Appellee the City of Worthington, Ohio (the "City"), by and through counsel, and pursuant to FRAP 26(b) and 6. Cir. R. 26(a)(1), respectfully moves this Honorable Court for an additional ten (10) day extension to respond to the Brief of Appellants Lifestyle Communities, LTD and Worthington Campus, LLC ("Lifestyle"). This is the City's second request for a total of 40 additional days and is made for good cause.  Appellant Lifestyle does not oppose this Motion.

Lifestyle filed its Appellant Brief on April 29, 2025. Since that date, although counsel for the City conferred with various City officials and planned time for preparing the draft response brief. The health issues of the City's attorneys, two of whom have recently undergone significant surgeries requiring extended recovery time and are continuing to recover through the present. The City therefore seeks an additional ten days to complete and file its Appellee Brief, which if granted, would set the new deadline for Thursday, July 10, 2025. Counsel for Lifestyle has indicated that they do not oppose this ten-day extension.

Accordingly, for the above-stated reasons, and for good cause, the City of Worthington, Ohio respectfully requests that the Court grant its Motion and permit the City an additional ten days, or until July 10, 2025, to file its Appellee Brief.

Dated:  June 24, 2025                                  Respectfully submitted,

/s/ Richard J. Silk, Jr.
**PAUL J. SCHUMACHER (0014370)**
Dickie, McCamey & Chilcote, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio 44114
Telephone: 216.685.1827 / Fax: 888.811.7144
pschumacher@dmclaw.com

**RICHARD J. SILK, JR. (0074111)**
Dickie, McCamey & Chilcote, P.C.
10 West Broad Street, Suite 1950
Columbus, Ohio 43215
Telephone: 614.258.6000 / Fax: 888.811.7144
rsilk@dmclaw.com

2

YAZAN S. ASHRAWI (0089565)
**THADDEUS M. BOGGS (0089231)**
Frost Brown Todd, LLC
10 W. Broad Street, Suite 2300
Columbus, Ohio 43215
Telephone: 614.464.1221 / Fax: 614.464.1737
Tboggs@fbtlaw.com
yashrawi@fbtlaw.com

*Attorneys for Defendant-Appellee*
*City of Worthington, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed with the Clerk's Office of the United States Court of Appeals for the Sixth Circuit the foregoing Unopposed Motion of Defendant-Appellee the City of Worthington, Ohio for Ten-Day Extension and further certify that opposing counsel will be notified by the appellate CM/ECF system.

/s/Richard J. Silk, Jr.
**RICHARD J. SILK, JR. (0074111)**
*Attorney for Appellee-Defendant*
*City of Worthington, Ohio*