# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-3048_____

2. Case Caption (Short Title): __Lifestyle Communities, Ltd. v. City of Worthington, OH_____

                            *(time)*              *(day, date)*

3. Argument is scheduled for __1:00 PM____ on __Wednesday, December 10, 2025____ and will be held:

    [✔] Live (In Person)        [ ] by Video        [ ] by Telephone

4. I, __Yazan S. Ashrawi_____, will be presenting argument on behalf of:

    [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):

    [✔] Appellee / Respondent    [ ] Intervenor        _____

    If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

    City of Worthington, Ohio

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

    A. Number of attorneys sharing time: ____

    B. Total number of minutes (in whole minutes only) to be shared: ____

    C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____

    D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*