# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-3048_____

2. Case Caption (Short Title): __Lifestyle Communities, Ltd., et al. v. City of Worthington, OH__

3. Argument is scheduled for __1pm__ *(time)* on __December 10__ *(day, date)* and will be held:

   [✓] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, __Dustin M. Koenig_____, will be presenting argument on behalf of:

   [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [ ] Appellee / Respondent    [ ] Intervenor    _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Lifestyle Communities, Ltd.; Worthington Campus, LLC

6. Minutes reserved for rebuttal (appellant / petitioner only): __5__ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*