**403 - 4th Floor Courtroom, 1:00 P.M.**                                    **Wednesday, December 10, 2025**

**Siler, Kethledge, Mathis**

**25-3048    Lifestyle Communities, Ltd., et al. v. City of Worthington, OH**

Lifestyle Communities, Ltd., et al.                              ret   Dustin Michael Koenig
                                                                        *5 Minutes Rebuttal*

    **Plaintiffs – Appellants**

                        **V.**

City of Worthington, OH                                           ret   Yazan Samir Ashrawi

    **Defendant – Appellee**

*Bob Kelley, Courtroom Deputy*

Plaintiffs appeal the judgment for the defendant on their federal and state constitutional claims arising from a dispute over rezoning and development of a parcel of land.   (15 Minutes Per Side)