**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 27, 2026

Mr. Yazan Samir Ashrawi
Mr. Thaddeus M. Boggs
FBT Gibbons
10 W. Broad Street
Suite 2300
Columbus, OH 43215

Ms. Yvette McGee Brown
Mr. Michael R. Gladman
Mr. Dustin Michael Koenig
Mr. Timothy D. Lanzendorfer
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215

Mr. Paul J. Schumacher Jr.
Dickie, McCamey & Chilcote
600 Superior Avenue, E.
Suite 2330
Cleveland, OH 44114

Mr. Richard J. Silk Jr.
Dickie, McCamey & Chilcote
10 W. Broad Street
Suite 1950
Columbus, OH 43215

    Re: Case No. 25-3048, *Lifestyle Communities, Ltd., et al v. City of Worthington, OH*
          Originating Case No. 2:22-cv-01775

Dear Counsel,

    The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosures

Mandate to issue.