UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-3048

LIFESTYLE COMMUNITIES, LTD.; WORTHINGTON CAMPUS, LLC,

    Plaintiffs - Appellants,

v.

CITY OF WORTHINGTON, OHIO,

    Defendant - Appellee.

**FILED**
Jan 27, 2026
KELLY L. STEPHENS, Clerk

Before: SILER, KETHLEDGE, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk